**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-80161-CIV-CANNON**

**LE MARLENE**,

      Plaintiff,

v.

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**,

      Defendant.

_____/

**<u>ORDER STAYING CASE</u>**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  To promote efficiency and conserve judicial resources, the Court determines that this case should be stayed pending the issuance of the mandate following en banc rehearing in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 11th Cir. No. 19-14434, which presents similar issues under the Fair Debt Collection Act as relevant here.  *See* 15 U.S.C. § 1692c(b).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **STAYED** pending issuance of the mandate in *Hunstein*, as stated above.

2. The Clerk shall **CLOSE** this case for administrative purposes only, without prejudice to the parties.

3. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. Within fourteen (14) days following the issuance of the mandate in *Hunstein*, Plaintiff shall file a motion to reopen this matter, following which Defendant will be permitted to refile any relevant motions.

CASE NO. 22-80161-CIV-CANNON

5.  If the above-styled action is resolved by way of mediation or a settlement, the parties shall

promptly file a Notice of Settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 4th day of February

2022.

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2